■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT GRAY, Appellant. [816 NYS2d 397]—Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered on or about August 19, 2004, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Sullivan, Williams, Sweeny and McGuire, JJ.

■ YUN-SHOU GAO et al., Appellants, v CITY OF NEW YORK et al., Respondents. [814 NYS2d 523]—Order, Supreme Court, New York County (Michael D. Stallman, J.), entered December 8, 2005, which denied plaintiffs' motion for partial summary judgment on the issue of defendants' liability under Labor Law § 240 (1), unanimously affirmed, without costs.

The motion was made before any disclosure had been conducted and was properly denied in the circumstances presented (*see* CPLR 3212 [f]; *McGlynn v Palace Co.*, 262 AD2d 116 [1999]). Our affirmance is without prejudice to plaintiffs' renewal of the motion after completion of disclosure (*see id.*). Concur—Friedman, J.P., Sullivan, Williams, Sweeny and Mc-Guire, JJ.